Robert B. Jobe (Cal. State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Ste. 200
San Francisco, CA 94108
Tel:   (415) 956-5513
Fax:   (415) 840-0308
Email: bob@jobelaw.com

Attorney for Plaintiff.

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANJINDER SINGH WANDER,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>CHRISTINA POULOS, ET AL.,<br><br>　　　Defendants. | No.   C 2:09-cv-03567-LKK-DAD<br><br>PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL;  ORDER |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff, by and through his attorney of record, hereby moves for dismissal, without prejudice, of his complaint currently pending before the Court.  Subsequent to the filing of this complaint, Defendants granted Plaintiff's Form I-90, application for replacement of permanent residence card.  Therefore, Plaintiff is no longer alleging that Defendants are unlawfully delaying adjudication of his Form I-90 application.

WHEREFORE, Plaintiff prays that this Court allow him to voluntarily dismiss his complaint, without prejudice.

DATED: February 24, 2010            /s/
_____
Robert B. Jobe
LAW OFFICE OF ROBERT JOBE
550 Kearny Street, Ste. 200
San Francisco, CA 94108
(415) 956-5513

Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED that Plaintiff's motion for dismissal of the action without prejudice be granted.

DATED: February 24, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT